IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRANDON JAMES                                                                                          PLAINTIFF
ADC #171937A

v.                                            4:22-cv-00565-JM-JJV

DOES, ADC Employees                                                                               DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution, and the case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 24th day of August 2022.

_____
UNITED STATES DISTRICT JUDGE