IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRANDON JAMES                                                                                   PLAINTIFF
ADC #171937A

v.                                            4:22-cv-00565-JM-JJV

DOES, ADC Employees                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, the Complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 24th day of August 2022.

_____
UNITED STATES DISTRICT JUDGE